**Order entered December 4, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00517-CV

## MALCOLM JOHNSON, Appellant

## V.

## VERONICA POWELL-JOHNSON, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-12398**

## ORDER

Before the Court is appellant's December 3, 2020 unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 7, 2020.

/s/    KEN MOLBERG
       JUSTICE